E-FILED
Thursday, 29 June, 2006 05:26:28 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

Robert O. Beeks and Barbara Beeks, Plaintiffs

V.

Pfizer, Inc., Defendant

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 06-4042

TO: (Name and address of Defendant)

Pfizer, Inc.
Registered Agent:
CT Corporation System, 208 S LaSalle St Ste 814, Chicago IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

G. Trent Marquis
VanDerGinst Law, PC
400 16th St
Rock Island IL 61201

an answer to the complaint which is served on you with this summons, within ~~60~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

June 29, 2006
DATE

s/T. Peeples
(By) DEPUTY CLERK