In the United States District Court
Central District of Illinois
Rock Island Division

| | |
|---|---|
| Robert O. Beeks and Barbara Beeks,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc.,<br><br>　　　　　　　Defendant. | Cause No. 06-4042 |

**Motion for Stay of Proceedings Pending Transfer of Case to MDL 1699**

　　Now come the Plaintiffs, by and through their undersigned counsel, and move for a stay of all scheduling and pre-trial proceedings in this matter pending a transfer to MDL 1699, In Re: Bextra and Celebrex Marketing, Sales Practices, and Products Liability Litigation, and for that states:

1.　Plaintiffs seek damages for the injuries allegedly caused them by the use of Bextra®.

2.　Defendants have given notice to the Judicial Panel on Multidistrict Litigation on July 25, 2006, that this case will be transferred to MDL 1699.

3.　The transfer of this case to MDL 1699 will not be opposed by Plaintiffs.

4.　It would be the most conserving of the Court's and parties' time if this matter is stayed pending transfer to MDL 1699. There is a scheduling conference set for September 20, 2006 at 1:15 p.m. before Magistrate Judge John A. Gorman. Since this case will be transferred to MDL 1699, a scheduling conference at this time is unnecessary.

　　Wherefore the above premises considered, Plaintiffs respectfully request that this Honorable Court grant a Stay of all proceedings in this Court pending transfer of the case to MDL 1699.

　　　　　　　　　　　　　　Robert O. Beeks and Barbara Beeks, Plaintiffs,

　　　　　　　　By:　/s G. Trent Marquis

For:
VanDerGinst Law, P.C.
Attorneys for the Plaintiffs
400 16th Street
Rock Island IL 61201
Toll-Free:    (866) 788-5297
General:      (309) 788-5297
Fax:          (309) 793-0538
URL:          www.vlaw.com
E-Mail:       t.marquis@vlaw.com and p.davis@vlaw.com

Copies To:
Leila H. Watson
Cory Watson Crowder & DeGaris PC
Of Counsel for the Plaintiffs
2131 Magnolia Ave
Birmingham AL 35205
General:      (205) 271-7102
Fax:          (205) 324-7896
URL:          www.cwcd.com
E-Mail:       lwatson@cwcd.com

Robert H. Shultz, Jr.
Heyl, Royster, Voelker & Allen
Attorneys for the Defendant
PO Box 467
Edwardsville IL 62025
General:      (618) 656-4646
Fax:          (618) 656-7940
URL:          www.hrva.com
E-Mail:       rshutlz@hrva.com

Sara J. Gourley
Sidley Austin LLP
Of Counsel for the Defendants
1 S Dearborn St
Chicago IL  60603
General:      (312) 853-7694
Fax:          (312) 853-7036
URL:          http://www.sidley.com
E-Mail:       sgourley@sidley.com

### Proof of Service

I hereby certify that on August 10, 2006, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of said filing to each of the attorneys of record.

/s Pamela T. Davis