**E-FILED**

Thursday, 21 September, 2006 08:50:18 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | Telephone: [202] 502-2800<br>Fax:        [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

September 15, 2006

**FILED**

FILED
SEP 2 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: MDL-1699 -- In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO- 35)

Dear Mr. Wieking:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 30, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc:  Transferee Judge:      Judge Charles R. Breyer
     Transferor Judges:     (See Attached List of Judges)
     Transferor Clerks:     (See Attached List of Judges)

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 3 0 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1699

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-35)

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 813 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 1 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-35 - TAG-ALONG ACTIONS
### DOCKET NO. 1699
### IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA NORTHERN
  ALN 7  06-1369          Regina Adams v. Pfizer Inc., et al.

ARKANSAS EASTERN
  ARE 5  06-206           Harold Gunter, Jr., et al. v. Pfizer Inc.

ARKANSAS WESTERN
  ARW 4  06-4054          Corene May, etc. v. Pfizer Inc., et al.

FLORIDA MIDDLE
  FLM 5  06-282           Paul Bailey v. Pfizer Inc., et al.

FLORIDA NORTHERN
  FLN 4  06-310           Geraldine Givens, etc. v. Pharmacia Corp., et al.

IOWA NORTHERN
  IAN 1  06-102           Dale P. Kimm v. Pfizer Inc.
  IAN 5  06-4055          Joan Heissel v. G.D. Searle, LLC, et al.
  IAN 6  06-2051          Edward Judge, et al. v. Pfizer Inc., et al.

ILLINOIS CENTRAL
  ███████████████        ████████████████████████

ILLINOIS NORTHERN
  ILN 1  06-3840          June Nei, et al. v. G.D. Searle, LLC, et al.

KANSAS
  KS 2  06-2066           Brian Grover v. Monsanto Co., et al.

LOUISIANA WESTERN
  LAW 3  06-1275          Edwin Clack v. G.D. Searle, LLC, et al.
  LAW 5  06-1306          Judith K. Koudssi, et al. v. G.D. Searle & Co., et al.
  LAW 6  06-1240          Troby Elzie, et al. v. Pfizer Inc.

MINNESOTA
  MN 0  06-2987           Zelma Riffle, etc. v. Pfizer Inc., et al.
  MN 0  06-3016           Karen K. Ballard, et al. v. Pfizer Inc., et al.
  MN 0  06-3128           Roger Harper v. Pfizer Inc., et al.

MISSOURI EASTERN
  ~~MOE 4  06-1201~~          ~~Wayne Adamson, et al. v. Pfizer Inc., et al.~~ Opposed 9/15/06

PUERTO RICO
  PR 3  06-1356           Awilda Cruz-Flores, et al. v. Pfizer Inc., et al.

TEXAS EASTERN
  TXE 1  06-423           Jon Lee Wasserman, et al. v. Pfizer Inc.

SCHEDULE CTO-35 - TAG-ALONG ACTIONS  MDL-1699                    Page 2 of 2

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| WISCONSIN EASTERN | |
| WIE  2  06-717 | Alexander Murawski, et al. v. Pfizer Inc. |
| | |
| WEST VIRGINIA SOUTHERN | |
| WVS  1  06-578 | John W. Smith, et al. v. Pfizer Inc. |
| WVS  2  06-586 | Russell Batten, et al. v. Pfizer Inc., et al. |

# INVOLVED COUNSEL LIST (CTO-35)
# DOCKET NO. 1699
# IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Michael J. Asbell
Baker Donelson Bearman Caldwell & Berkowitz
420 North 20th Street
Birmingham, AL 35203-5202

Leslie A. Benitez
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Carmelite M. Bertaut
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Reshonda L. Bradford
Singleton Law Firm
4050 Linwood Avenue
Shreveport, LA 71108

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111-3339

John C. Calhoun, Jr.
Hilburn, Calhoon, Harper, Pruniski & Calhoun
One Rivert Front Place, Suite 850
P.O. Box 5551
N. Little Rock, AR 72119-5551

Camala E. Capodice
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Michael W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, IL 60174

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26470
Kansas City, MO 64196

Judy L. Freking
Jacobsma, Clabaugh & Freking, PLC
P.O. Box 226
Sioux Center, IA 51250

Elisabeth Ann French
Pittman, Dutton, Kirby & Hellums, PC
1100 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

Jack Michael Fribley
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

James P. Frickleton
Bartimus, Frickleton, Robertson & Gorny, P.C.
11150 Overbrook Drive
Suite 200
Leawood, KS 66211

Edward W. Gerecke
Carlton Fields, P.A.
P.O. Box 3239
4221 West Boy Scout Boulevard
Suite 100
Tampa, FL 33607

Larry D. Helvey
Moyer & Bergman, P.L.C.
2720 First Avenue, NE
P.O. Box 1943
Cedar Rapids, IA 52406-1943

John Hawley Holman
Holman & Langdon LLP
P.O. Box 5367
2222 St. Michael Drive
Texarkana, TX 75505-5367

Cindy J. Kiblinger
James F. Humphreys & Associates, LC
800 United Center
500 Virginia Street, East
Charleston, WV 25301

INVOLVED COUNSEL LIST (CTO-35) MDL-1699                    Page 3 of 3

Thomas F. Urban II
James F. Humphreys & Associates, LC
1200 New Hampshire Avenue, N.W.
Suite 510
Washington, DC 20036

William D. Vandever
Popham Law Firm, P.C.
323 West 8th Street
Suite 200
Kansas City, MO 64105-1679

Corey J.L. Walker
Walker, Knopf & Billingsley
208 North Second Avenue, West
P.O. Box 157
Newton, IA 50208

John Gerard Werner
Reaud, Morgan & Quinn, LLP
801 Laurel Street
P.O. Box 26005
Beaumont, TX 77720-6005

# INVOLVED JUDGES LIST (CTO-35)
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Harry F. Barnes
U.S. District Judge
P.O. Box 1735
El Dorado, AR 71731

Hon. Mark W. Bennett
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 838
Sioux City, IA 51101

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. David H. Coar
U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Marcia A. Crone
U.S. District Judge
U.S. District Court
P.O. Box 1470
Beaumont, TX 77706

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Dee D. Drell
U.S. District Judge
U.S. District Court
P.O. Box 1071
Alexandria, LA 71309-1071

Hon. David A. Faber
Chief Judge, U.S. District Court
601 Federal Street
Room 2303
Bluefield, WV 24701

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Jay A. Garcia-Gregory
U.S. District Judge
151 Clemente Ruiz Nazario Courthouse
150 Carlos Chardon Avenue
San Juan, PR 00918

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building and
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. Robert G. James
U.S. District Judge
U.S. District Court
P.O. Drawer 3107
Monroe, LA 71201-3107

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Joe B. McDade
U.S. District Judge
122 Federal Building
100 N.E. Monroe
Peoria, IL 61602

Hon. Edward J. McManus
Senior U.S. District Judge
Federal Building & U.S. Courthouse
101 First Street, S.E.
Room 329
Cedar Rapids, IA 52401

## INVOLVED CLERKS LIST (CTO-35)
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND
## PRODUCTS LIABILITY LITIGATION

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 2746
Texarkana, AR 75504-2746

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

Frances Rios de Moran, Clerk
150 Federico Degetau Federal Building
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1767

James D. Hodges, Jr., Clerk
101 First Street SE
Cedar Rapids, IA 52401

James D. Hodges. Jr., Clerk
301 Federal Building
320 Sixth Street
Sioux City, IA 51101

~~James G. Woodward, Clerk~~
~~3300 Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-1116~~

James W. McCormack, Clerk
U.S. District Court
P.O. Box 8307
Pine Bluff, AR 71611-8307

John M. Waters, Clerk
40 U.S. Post Office Bldg.
211 19th Street
Rock Island, IL 61201

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501

Robert H. Shemwell, Clerk
Post Office Drawer 3087
Monroe, LA 71201-3087

Robert H. Shemwell, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Teresa Deppner, Clerk
Federal Station
P.O. Box 4128
Bluefield, WV 27702-1928

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

William M. McCool, Clerk
U.S. Courthouse
111 North Adams Street
Tallahassee, FL 32301-7795