A CERTIFIED TRUE COPY
ATTEST
SEP 15 2006
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

E-FILED
Tuesday, 26 September, 2006 05:55:56 PM
Clerk, U.S. District Court, ILCD

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2006

FILED
CLERK'S OFFICE
AUG 30 2006

DOCKET NO. 1699

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

FILED
SEP 26 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**CONDITIONAL TRANSFER ORDER (CTO-35)**

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 813 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____
Deputy Clerk
Date 9/21/06

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 15 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-35 - TAG-ALONG ACTIONS
# DOCKET NO. 1699
# IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 7 06-1369 | Regina Adams v. Pfizer Inc., et al. |
| **ARKANSAS EASTERN** | |
| ARE 5 06-206 | Harold Gunter, Jr., et al. v. Pfizer Inc. |
| **ARKANSAS WESTERN** | |
| ARW 4 06-4054 | Corene May, etc. v. Pfizer Inc., et al. |
| **FLORIDA MIDDLE** | |
| FLM 5 06-282 | Paul Bailey v. Pfizer Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN 4 06-310 | Geraldine Givens, etc. v. Pharmacia Corp., et al. |
| **IOWA NORTHERN** | |
| IAN 1 06-102 | Dale P. Kimm v. Pfizer Inc. |
| IAN 5 06-4055 | Joan Heissel v. G.D. Searle, LLC, et al. |
| IAN 6 06-2051 | Edward Judge, et al. v. Pfizer Inc., et al. |
| **ILLINOIS CENTRAL** | |
| ILC 4 06-4042 | Robert O. Beeks, et al. Pfizer Inc. |
| **ILLINOIS NORTHERN** | |
| ILN 1 06-3840 | June Nei, et al. v. G.D. Searle, LLC, et al. |
| **KANSAS** | |
| KS 2 06-2066 | Brian Grover v. Monsanto Co., et al. |
| **LOUISIANA WESTERN** | |
| LAW 3 06-1275 | Edwin Clack v. G.D. Searle, LLC, et al. |
| LAW 5 06-1306 | Judith K. Koudssi, et al. v. G.D. Searle & Co., et al. |
| LAW 6 06-1240 | Troby Elzie, et al. v. Pfizer Inc. |
| **MINNESOTA** | |
| MN 0 06-2987 | Zelma Riffle, etc. v. Pfizer Inc., et al. |
| MN 0 06-3016 | Karen K. Ballard, et al. v. Pfizer Inc., et al. |
| MN 0 06-3128 | Roger Harper v. Pfizer Inc., et al. |
| **MISSOURI EASTERN** | |
| ~~MOE 4 06-1201~~ | ~~Wayne Adamson, et al. v. Pfizer Inc., et al.~~ Opposed 9/15/06 |
| **PUERTO RICO** | |
| PR 3 06-1356 | Awilda Cruz-Flores, et al. v. Pfizer Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 1 06-423 | Jon Lee Wasserman, et al. v. Pfizer Inc. |

SCHEDULE CTO-35 - TAG-ALONG ACTIONS  MDL-1699    Page 2 of 2

**DIST. DIV. C.A. #**          **CASE CAPTION**

WISCONSIN EASTERN
 WIE  2  06-717              Alexander Murawski, et al. v. Pfizer Inc.

WEST VIRGINIA SOUTHERN
 WVS  1  06-578              John W. Smith, et al. v. Pfizer Inc.
 WVS  2  06-586              Russell Batten, et al. v. Pfizer Inc., et al.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
     Clerk

450 Golden Gate Avenue
San Francisco, CA 94102

21 September 2006

**FILED**

U.S. District Court
40 U.S. Post Office Building
211 - 19th Street
Rock Island, IL 61201

SEP 2 6 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Re: MDL 05-1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Title of Case(s)
*Robert O. Beeks, et al -v- Pfizer, Inc.*

Your Case Number(s)
C.A. 4:06-4042

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to **rufino_santos@cand.uscourts.gov,** 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*R. C. Santos*

By: Rufino Santos
Deputy Clerk

Encl.